ORIGINAL



**FILED**

JAN 2 0 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile: (408) 354-5513

5  Trustee for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| SERGIO FIERRO | ) Case No. 08-50831 MM |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2460992 for an unclaimed dividend in the amount of $1,800.00. The name and address of the claimant entitled to the unclaimed dividend is as follows;

SERGIO FIERRO
1409 RHONE WY
GONZALES, CA 93926

Dated: January 11, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE